# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHAU B. TRAN,

        Plaintiff,

v.                                                                             Case No: 6:16-cv-949-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's petition for judicial review of a final decision of the Commissioner of the Social Security Administration ("the Commissioner") denying her claim for disability insurance benefits under 42 U.S.C. § 405(g) (Doc. 1) filed on June 1, 2016. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 31, 2017 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties